**[ntprbono]** [Notice to Parties Not Represented by an Attorney]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No. 6:24−bk−02747−TPG
Chapter 7

Paula Claudine Fisher

Debtor(s) /

**NOTICE OF FREE LEGAL RESOURCES TO**
**PARTIES WHO ARE NOT REPRESENTED BY AN ATTORNEY**

**ELECTRONIC NOTICE BY EMAIL:** If you have an email address, you may request to receive copies of all notices and orders generated by the Court in your case by email rather than by U.S. Mail. The email will include a link to the notice or order via Public Access to Court Electronic Records (PACER). You will also receive notification when other filings are made in your case that you can access via PACER. If you want to receive notices and orders generated by the Court via email and PACER, complete the Request Form available on the Court's website and at the following link:

http://www.flmb.uscourts.gov/filing_without_attorney_1/requestnotification.htm

The following free legal resources are available if you need help with your pro se case (cases filed without an attorney) or if you want to learn about qualifying to receive pro bono (free) or reduced fee legal representation.

**DISCLAIMER: Although the links to external websites included in this Notice are provided for your convenience, the websites are created and maintained by other organizations. The United States Bankruptcy Court for the Middle District of Florida does not control or guarantee the accuracy, relevance, timeliness, or completeness of information maintained on external websites, nor does it control or guarantee their ongoing availability, maintenance, or security. The Court does not endorse any views expressed, or products or services offered, on external websites or the organizations sponsoring them.**

| | | |
|---|---|---|
| **FREE VIRTUAL/TELEPHONIC PRO SE CLINICS** | | |
| **Middle District of Florida Bankruptcy Pro Se Clinic** | http://www.bankruptcyproseclinic.com<br><br>• Free 30−minute virtual or telephone legal consultations to individuals representing themselves in the United States Bankruptcy Court for the Middle District of Florida. | or scan the QR Code |
| **LEGAL ASSISTANCE PROGRAM FOR THE MIDDLE DISTRICT OF FLORIDA** | | |
| **Legal Assistance Program and Application for Pro Bono Counsel** | https://www.flmb.uscourts.gov/filing_without_attorney_1/legalAssistance.htm<br><br>• Free legal resources for the Middle District, including a legal assistance program to enable low−income individual debtors (and in some instances their spouses and former spouses) and low−income individual creditors to receive free legal services in certain types of matters and proceedings. | or scan the QR Code |
| **FREE ONLINE RESOURCES** | | |
| **Middle District of Florida Online Resources** | http://www.flmb.uscourts.gov/<br><br>• Click on "Filing Without An Attorney" at the top of the page.<br>• Obtain information about the bankruptcy process including free bankruptcy forms. | or scan the QR Code |
| **The Florida Bar Association Lawyer Referral Service** | https://www.floridabar.org/public/lrs/<br><br>• The Florida Bar Lawyer Referral Service is designed to make it easy for consumers to connect to verified attorneys. | or scan the QR Code |
| **The Bankruptcy Pro Bono Resource Locator** | https://bankruptcyresources.org/content/resources?state=FL<br><br>• Pro Bono Resources and attorney contact information for American Bankruptcy Institute members. | or scan the QR Code |
| **Florida Law Help** | https://floridalawhelp.org/<br><br>• Online Q&A Resource: Select your legal issue, answer a few questions, find the help you need. | or scan the QR Code |
| **Florida Free Legal Answers** | https://florida.freelegalanswers.org<br><br>• Virtual legal advice clinic in which qualifying users post civil legal questions at no cost to be answered by pro bono attorneys licensed in their state. | or scan the QR Code |

| LOCAL LEGAL AID ORGANIZATIONS AND FREE VIRTUAL/TELEPHONIC PRO SE CLINICS & IN−PERSON PRO SE CLINICS | | |
|---|---|---|
| **Community Legal Services of Mid−Florida, Inc. "CLS"** | Contact Information for CLS:<br>• [T] 407−841−7777 *(Orange County)*<br>• [T] 352−343−0815 *(Lake County)*<br>• [T] 407−322−8983 *(Seminole County)*<br>• [T] 386−255−6573 *(Volusia County)*<br>• http://www.clsmf.org/ | or scan the QR Code |
| **Legal Aid Society of the Orange County Bar Assoc. Inc.** | Contact Information:<br>• [T] 407−841−8310<br>• [T] 352−629−0105 *(Marion County)*<br>• Email: info@legalaidocba.org<br>• http://www.legalaidocba.org/ | or scan the QR Code |
| **Brevard County Legal Aid, Inc.** | Contact Information:<br>• [T] 321−631−2500<br>• http://www.brevardcountylegalaid.org/ | or scan the QR Code |
| **Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**<br><br>Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flmb.uscourts.gov. | | |

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Dated June 4, 2024

**The Clerk's office is directed to serve a copy of this Notice on the Debtor.**