United States Bankruptcy Court
Middle District of Florida

In re:
Paula Claudine Fisher
Debtor

Case No. 24-02747-TPG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 2
Date Rcvd: Sep 17, 2024 Form ID: B318 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| bpp | + | Christine Bowin, Florida Virtual Paralegal, 1290 US Highway 1, Suite 101, Rockledge, FL 32955-2712 |
| 30966660 | + | Midland Credit Mang, PO Box 71715, Philadelphia, PA 19176-1715 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: virtualparalegalfl@gmail.com | Sep 17 2024 21:30:00 | Paula Claudine Fisher, 1290 US Highway 1, Rockledge, FL 32955-2712 |
| 30966655 | | EDI: MAXMSAIDV | Sep 18 2024 01:23:00 | Advantage, PO Box 300001, Greenville, TX 75403-3001 |
| 30966588 | | Email/Text: bctcbk@brevardtc.com | Sep 17 2024 21:36:00 | Brevard County Tax Collector, Attn: Honorable Lisa Cullen, CFC, Post Office Box 2500, Titusville FL 32781-2500 |
| 30966656 | + | EDI: CITICORP | Sep 18 2024 01:23:00 | Citibank, PO Box 790040, Saint Louis, MO 63179-0040 |
| 30966657 | + | EDI: WFNNB.COM | Sep 18 2024 01:23:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 30966658 | + | EDI: DISCOVER | Sep 18 2024 01:23:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 30966589 | | EDI: FLDEPREV.COM | Sep 18 2024 01:23:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30966590 | | EDI: IRS.COM | Sep 18 2024 01:23:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 30966659 | + | Email/Text: bnc@nordstrom.com | Sep 17 2024 21:37:34 | Nordstrom/TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6505 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 113A-6 User: admin Page 2 of 2
Date Rcvd: Sep 17, 2024 Form ID: B318 Total Noticed: 11

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arvind Mahendru | amtrustee@gmail.com am01@trustesolutions.net |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 2

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Paula Claudine Fisher<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–5604<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Florida | | |
| Case number: | 6:24–bk–02747–TPG | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paula Claudine Fisher

-

Dated: September 17, 2024

Tiffany P. Geyer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**