**ORDERED.**

**Dated: October 15, 2025**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITES STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Paula Claudine Fisher

Debtor(s)

Case No.: 24-02747-TPG
Chapter 7

**ORDER APPROVING PROPOSED COMPROMISE OF CONTROVERSY**

THIS CASE came on for consideration on the Motion for and Notice of Proposed Compromise of Controversy (Doc #25) filed by Arvind Mahendru, Trustee ("Trustee"). The court considered the record and finds:

A. The Trustee filed a Motion for and Notice of Proposed Compromise Of Controversy ["Motion"] (Doc #25) on September 18, 2025.

B. A Certificate of Service was filed on the docket stating that copies of the Motion were served to all persons on a current mailing matrix by either electronic transmission or by first-class United States Mail, postage prepaid, on September 18, 2025.

C. The Motion contained a negative notice provision pursuant to Local Rule 2002-4 which allowed creditors and parties in interest a period of twenty-one (21) days from the date of service of the Motion to file an objection.

D. The twenty-one (21) day notice period has expired and no objections to the Motion have been filed with the Bankruptcy Court.

Based on the foregoing it is

ORDERED as follows:

1. The Motion is GRANTED.
2. Citibank shall pay the bankruptcy estate the amount of $3,100.00
3. The request to limit service of this order contained in the Motion is also GRANTED. A copy of this order shall be served by the Trustee only on the Debtor, the Debtor's attorney, the attorney for the Trustee, the Office of the United States Trustee, and other parties to the proposed transaction.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.