**UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE:<br>PAULA CLAUDINE FISHER<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 6:24-BK-02747-TPG<br><br>HONORABLE Tiffany P. Geyer |

**TRUSTEE'S APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $1,335.00 and reimbursement of expenses in the amount of $122.04 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be $5,850.00

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 23, 1994)

| | | | |
|---|---|---|---|
| Receipts | $5,850.00 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $850.00 | 10% of next 45,000 | $85.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

TOTAL COMPENSATION REQUESTED $1,335.00

TRUSTEE EXPENSES (ITEMIZED):

| | | |
|---|---|---|
| Paper1 | 36.00 @ $0.17 | $6.12 |
| Postage1 | 18.00 @ $0.78 | $14.04 |
| Paper2 | 76.00 @ $0.19 | $14.44 |
| Postage2 | 19.00 @ $0.78 | $14.82 |
| Postage3 | 19.00 @ $0.78 | $14.82 |
| Paper3 | 38.00 @ $0.19 | $7.22 |
| Postage4 | 3.00 @ $0.78 | $2.34 |
| Paper4 | 3.00 @ $0.17 | $0.51 |
| Postage5 | 18.00 @ $0.78 | $14.04 |
| Postage5 | 19.00 @ $0.78 | $14.82 |
| Paper5 | 54.00 @ $0.17 | $9.18 |
| Paper5 | 57.00 @ $0.17 | $9.69 |

| | |
|---|---|
| TOTAL EXPENSES CLAIMED | $122.04 |
| TOTAL REQUESTED FEES AND EXPENSES | $1,457.04 |

WHEREFORE, the Trustee request this application be approved by the Court and that the Trustee be awarded $1,335.00 as compensation and $122.04 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated: November 17, 2025

/s/ Arvind Mahendru

Arvind Mahendru, Trustee
Chapter 7 Trustee
5717 Red Bug Lake Road, Suite 284
Winter Springs, FL 32708
Telephone: (407) 504-2462

# TIME AND BILLING
# EXPENSE REPORT

**Case No.:** 24-02747-TPG
**Case Name:** FISHER, PAULA CLAUDINE
**Start Date:** 5/31/2024
**End Date:** 11/17/2025

**Trustee Name**
Arvind Mahendru

| DATE | | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Claimant : Arvind Mahendru** | | | | | | |
| **Matter Code :** | | | | | | |
| **Project Category :** | | | | | | |
| **PAPER1** | | | | | | |
| 07/01/2025 | | $0.170 | 36.00 | $6.12 | $6.12 | Billable |
| | Description: Notice of Abandonment of Property | | | | | |
| | | | **PAPER1 Total:** | **$6.12** | **$6.12** | |
| **PAPER2** | | | | | | |
| 11/10/2025 | | $0.190 | 76.00 | $14.44 | $14.44 | Billable |
| | Description: Future postage to serve NFRs | | | | | |
| | | | **PAPER2 Total:** | **$14.44** | **$14.44** | |
| **PAPER3** | | | | | | |
| 11/10/2025 | | $0.190 | 38.00 | $7.22 | $7.22 | Billable |
| | Description: Future postage to serve order allowing administrative fees and expenses | | | | | |
| | | | **PAPER3 Total:** | **$7.22** | **$7.22** | |
| **PAPER4** | | | | | | |
| 11/10/2025 | | $0.170 | 3.00 | $0.51 | $0.51 | Billable |
| | Description: Future postage to mail disbursement checks | | | | | |
| | | | **PAPER4 Total:** | **$0.51** | **$0.51** | |
| **PAPER5** | | | | | | |
| 07/07/2025 | | $0.170 | 54.00 | $9.18 | $9.18 | Billable |
| | Description: Motion and Notice of Compromise of Controversy | | | | | |
| 09/18/2025 | | $0.170 | 57.00 | $9.69 | $9.69 | Billable |
| | Description: Motion and Notice of Compromise of Controversy | | | | | |
| | | | **PAPER5 Total:** | **$18.87** | **$18.87** | |
| **POSTAGE1** | | | | | | |
| 07/01/2025 | | $0.780 | 18.00 | $14.04 | $14.04 | Billable |
| | Description: Notice of Abandonment of Property | | | | | |
| | | | **POSTAGE1 Total:** | **$14.04** | **$14.04** | |
| **POSTAGE2** | | | | | | |
| 11/10/2025 | | $0.780 | 19.00 | $14.82 | $14.82 | Billable |
| | Description: Future postage to serve NFRs | | | | | |
| | | | **POSTAGE2 Total:** | **$14.82** | **$14.82** | |
| **POSTAGE3** | | | | | | |
| 11/10/2025 | | $0.780 | 19.00 | $14.82 | $14.82 | Billable |
| | Description: Future postage to serve order allowing administrative fees and expenses | | | | | |
| | | | **POSTAGE3 Total:** | **$14.82** | **$14.82** | |
| **POSTAGE4** | | | | | | |
| 11/10/2025 | | $0.780 | 3.00 | $2.34 | $2.34 | Billable |
| | Description: Future postage to mail disbursement checks | | | | | |
| | | | **POSTAGE4 Total:** | **$2.34** | **$2.34** | |
| **POSTAGE5** | | | | | | |
| 07/07/2025 | | $0.780 | 18.00 | $14.04 | $14.04 | Billable |
| | Description: Motion and Notice of Compromise of Controversy | | | | | |
| 09/18/2025 | | $0.780 | 19.00 | $14.82 | $14.82 | Billable |
| | Description: Motion and Notice of Compromise of Controversy | | | | | |
| | | | **POSTAGE5 Total:** | **$28.86** | **$28.86** | |
| | | | **Project Category Total:** | **$122.04** | **$122.04** | |
| | | | **Matter Code Total:** | **$122.04** | **$122.04** | |
| | | | **EXPENSE SUMMARY:** | **$122.04** | | |